# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147246

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                             SC: 147246
                             COA: 315168

EARL LEE MACK,
      Defendant-Appellant.
                             Saginaw CC: 09-032372-FH

_____/

      On order of the Court, the application for leave to appeal the April 22, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2014

s0922

                                         Clerk